**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RAYMOND KELLY and<br>PATRICIA KELLY<br>    *Plaintiffs*, | : | |
| v. | : | CIVIL ACTION<br>NO. 20-5661 |
| PROGRESSIVE ADVANCED<br>INSURANCE COMPANY<br>    *Defendants*. | : | |

## **ORDER**

AND NOW, on this 27th day of September 2021, upon consideration of Defendants' Motion to Dismiss (ECF No. 3) and Plaintiffs' Response thereto (ECF No. 5), it is hereby ORDERED as follows:

(1) Defendant's Motion is GRANTED in accordance with this Court's accompanying Memorandum;

(2) Plaintiffs are GRANTED leave to amend; and,

(3) Plaintiffs' Amended Complaint shall be filed **on or before October 27, 2021.**

BY THE COURT:

/s/ C. Darnell Jones, II      J.