IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND KELLY and<br>PATRICIA KELLY, h/w<br>   *Plaintiffs*, | : | |
| v. | : | CIVIL ACTION<br>NO. 20-5661 |
| PROGRESSIVE ADVANCED<br>INSURANCE COMPANY<br>   *Defendant*. | : | |

## ORDER

AND NOW, on this 5th day of December 2022, upon consideration of Defendant's Motion to Dismiss Plaintiffs' Amended Complaint (ECF No. 11) and Plaintiffs' Response thereto (ECF No. 12), it is hereby ORDERED as follows:

(1) Defendant's Motion is GRANTED in accordance with this Court's accompanying Memorandum; and,

(2) **On or before December 23, 2022**, Plaintiffs shall file a Second Amended Complaint. Failure to do so shall result in dismissal of this action without further notice.

BY THE COURT:

_____
Berle M. Schiller       J.