IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMOND KELLY and PATRICIA KELLY<br>            Plaintiffs,<br><br>    v.<br><br>PROGRESSIVE ADVANCED INSURANCE COMPANY<br>            Defendant. | :<br>:<br>:          CIVIL ACTION<br>:          No. 20-05661<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 18th day of September 2023, upon consideration of Defendant Progressive Advanced Insurance Company's Motion for Summary Judgment (ECF 31), its supporting Brief (ECF 32), and Concise Statement of Material Facts (ECF 36), along with the Response of Plaintiffs Raymond Kelly and Patricia Kelly (ECF 39) and their Concise Statement of Material Facts (ECF 40), and for the reasons set forth in the accompanying Memorandum of Law, it is **ORDERED** that Progressive's Motion for Summary Judgment (ECF 31) is **GRANTED** and **JUDGMENT IS ENTERED** in favor of Defendant Progressive Advanced Insurance Company and **AGAINST** Plaintiffs Raymond Kelly and Patricia Kelly.

The Clerk of Court is directed to close this case.

BY THE COURT:

_____
Berle M. Schiller, J.